ATTORNEY'S NAME: Rand, Lee W 08544
AND ADDRESS: 1010 Common St. Suite 2700, New Orleans, LA 70112

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-06155     DIVISION: J     SECTION: 15

ANDREWS, ANNA S.

Versus

GAT HOLDINGS, INC. A/K/A GAT AIRLINE GROUND SUPPORT, INC ET AL

## CITATION

TO:  STARR INDEMNITY & LIABILITY CO. A/K/A STARR SPECIALTY INS. CO.
THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 13, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Lacey Garcia, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON STARR INDEMNITY & LIABILITY CO. A/K/A STARR SPECIALTY INS. CO. THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE. Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $_____ /ENTERED/ PAPER   RETURN   /   / SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON STARR INDEMNITY & LIABILITY CO. A/K/A STARR SPECIALTY INS. CO. THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said STARR INDEMNITY & LIABILITY CO. A/K/A STARR SPECIALTY INS. CO. being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10953491         Page 1 of 2

**EXHIBIT A**

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.



ID: 10953491      Page 2 of 2

ATTORNEY'S NAME: Rand, Lee W 08544
AND ADDRESS: 1010 Common St. Suite 2700, New Orleans, LA 70112

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-06155     DIVISION: J     SECTION: 15

ANDREWS, ANNA S.

Versus

GAT HOLDINGS, INC. A/K/A GAT AIRLINE GROUND SUPPORT, INC ET AL

## CITATION

TO: GAT HOLDINGS, INC. A/K/A GAT AIRLINE GROUND SUPPORT, INC.
THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: INCORP SERVICES, INC.
3867 PLAZA TOWER DR., 1ST FLOOR, BATON ROUGE, LA 70816

### YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 13, 2022**

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Lacey Garcia, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within Petition for Damages ON GAT HOLDINGS, INC. A/K/A GAT AIRLINE GROUND SUPPORT, INC. THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: INCORP SERVICES, INC. Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ /ENTERED/ PAPER _____ / RETURN _____ / SERIAL NO. _____ DEPUTY _____ PARISH | On this _____ day of _____ served a copy of the within Petition for Damages ON GAT HOLDINGS, INC. A/K/A GAT AIRLINE GROUND SUPPORT, INC. THROUGH: THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: INCORP SERVICES, INC. by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GAT HOLDINGS, INC. A/K/A GAT AIRLINE GROUND SUPPORT, INC. being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10953490     Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

    Acts 2021, No. 174, §1, eff. Jan. 1, 2022.



ID: 10953490            Page 2 of 2

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

Docket No.: 2022-6155   Division " "                           Section:

**ANNA S. ANDREWS**

versus

**GAT HOLDINGS, INC. a/k/a GAT AIRLINE GROUND SUPPORT, INC. & STARR INDEMNITY & LIABILITY CO. a/k/a STARR SPECIALTY INS. CO.**

FILED:_____          DEPUTY:_____

**PETITION FOR DAMAGES**

The Petition of Anna Andrews, a person of the full age of majority and a resident of the State of Georgia, with respect represents:

I.

That the following are named defendants herein:

A. **GAT HOLDINGS, INC. a/k/a GAT AIRLINE GROUND SUPPORT, INC. a/k/a G.A.T. AIRLINE GROUND SUPPORT, INC.**, hereinafter collectively referred to as **"GAT"**, a foreign corporation licensed to, and doing business in this Parish and State; and

B. **STARR INDEMNITY & LIABILITY CO. a/k/a STARR SPECIALTY INS. CO.**, hereinafter referred to as **STARR**, a foreign insurer, licensed to and doing business in this Parish and State.

II.

That the aforesaid defendants are justly and truly indebted to your petitioner jointly, and severally, and in solido for the full and true sums that are reasonable in the premises, with legal interest on all amounts from the date of judicial demand until paid, plus all costs of this proceeding, to-wit:

III.

That on or about July 19th, 2021, petitioner, Anna Andrews, was a fare-paying passenger flying aboard a Delta Airlines flight departing from Louis Armstrong New Orleans International Airport (hereinafter referred to as "the airport"). When making the reservation, petitioner's daughter advised that petitioner would require mobility assistance and was confined to a wheelchair.

IV.

That for many months and years prior to July 19th, 2021, Anna Andrews has suffered from mobility problems and has and does require the use of a wheelchair for her mobility.

Receipt Date        7/11/2022 3:49:00 PM
Receipt Number      900247
Cashier             jboe
Register            CDC Cash Register 1
Case Number         2022-06155
Grand Total         $517.50
Amount Received     $517.50
Balance Due         $0.00
Over Payment        $0.00

Payment/Transaction List
Check # 6536 $517.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Judicial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $27.50 | $27.50 | $0.00 |
| Supreme Court-Processing Fee | $10.00 | $10.00 | $0.00 |

VERIFIED
7/13/2022

V.

That on July 19th, 2021, Anna Andrews arrived at the airport, accompanied by her two daughters, and was wheeled in her chair into the airport, through security and to the departure gate.

VI.

After waiting at the gate for the departure to be called, Ms. Andrews was invited to board the Delta flight. She was wheeled down the jet bridge in her own chair, but just prior to boarding the aircraft; she was informed that she would have to transfer to a smaller wheelchair for entry to the plane as her personal wheelchair was too wide to traverse the aisle of the plane. She was informed that her personal chair would be stowed as cargo and would be returned to her at her destination. Anna Andrews agreed.

VII.

That at all times relevant, defendant, **GAT** had a contractual agreement with Delta Airlines to provide assistance to Delta Airline's passengers of the kind of assistance required by Petitioner; furthermore **GAT** was permitted by the City of New Orleans through the New Orleans Aviation Board to provide certain Commercial Support Activities ("CSAs") at the airport, including, but not limited to providing Wheel Chair Assistance to Delta Air Lines passengers.

VIII.

That on July 19th, 2021 employees or agents of **GAT**, who will be more particularly identified during the course of discovery, were present during the boarding process of Anna Andrews's flight, and provided the smaller "aisle chair" necessary to traverse the aisle of the flight. In fact, it was to be an employee or agent of **GAT** who would ask Anna Andrews to leave her wheelchair, transfer to the smaller chair, and then to assist Anna Andrews with boarding the plane and taking her seat.

IX.

That upon request, Anna Andrews alighted with assistance from her chair in an attempt to transfer to the smaller chair as directed by Delta Airlines personnel and the employees of **GAT**. Before alighting, Anna Andrews was sure to lock the wheels of her chair, so that as she supported herself to get up, the chair did not roll out from under her.

X.

That Anna Andrews was assisted traversing the small lateral distance from her chair to the smaller supplied chair by the employees of **GAT**, but in the process of taking the seat in the smaller chair, she was caused to fall as the "aisle chair" she was instructed to sit in was moving and the chair rolled out from under her. The wheels of the smaller "aisle chair" were not properly locked as is required and would have been reasonable and prudent given the obvious nature of plaintiff's infirmity. The failure of the GAT employee to lock the wheel brakes is what caused the "ailse chair to move thus causing petitioner to fall to the floor of the jet bridge. It was the duty of the employees of **GAT** to insure that the wheels of the smaller 'aisle chair" were safely locked.

XI.

At all times material hereto the employees of **GAT** who were assisting Anna Andrews at the time of her fall were in the course and scope of their employment with **GAT** and as such **GAT** is vicariously liable unto Anna Andrews for the negligent conduct of their employees under the theory of Respondiate Superior.

XII.

That the cause of the aforementioned accident was due to the actions and inactions of **GAT** and its employees including, but not limited to the following non-exclusive particulars, or may be shown at the trial of the cause:

1. Failure to lock the wheels of the "aisle chair;"

2. Failure to act in a reasonable manner in controlling the "aisle chair" in light of petitioner's infirmities;

3. Failure to act in a prudent manner in controlling the "aisle chair" in light of petitioner's infirmities;

4. Failure to secure the "aisle chair" such that it would not move during the process of transferring Ms. Andrews to the smaller chair provided by **GAT.**

5. Failure to call for the assistance of additional personnel in moving petitioner;

6. Failing to provide a chair that was not defective and which could be locked to prevent the chair from moving during the transfer process.

7. Failing to provide competent and adequately trained personnel to assist Ms. Andrews in the transfer process.

8. Failure to render proper aid; and

9. All other acts of commission or omission as may be discovered prior to trial.

XIII.

That as a direct and proximate cause of the aforesaid negligence, Petitioner, Anna Andrews, suffered injuries to her mind and body consisting of, but not limited to, injuries to her left hip, left shoulder and face resulting in frequent nosebleeds not previously suffered, and itemizes the categories of damages as follows:

    A. Past, present and future pain, suffering, mental anguish and loss of life's enjoyment; and

    B. Medical expenses

XIV.

That at all times relevant herein, **GAT** was insured by a policy of liability insurance issued by **STARR** insuring **GAT** and its employees for the liability of the type described hereinabove. Additionally, as a result of that policy of insurance **STARR** is liable jointly, severally and in solido with **GAT** and its employees unto Anna Andrews for all damages which she may have sustained.

XV.

Petitioner avers amicable demand to no avail.

**WHEREFORE,** Petitioner prays that the Defendants be duly cited to appear and answer this petition and that they be served with copies of the same; that, after due proceedings, there be judgment in favor of the Petitioner and against the Defendants jointly, severally, and in solido, for the full and true sums that are reasonable in the premises with legal interest from the date of judicial demand until paid, plus all costs of this proceeding and for all general and equitable relief.

Respectfully submitted,

_____
LEE W. RAND (#8544)
400 Poydras Street, Suite 2145
New Orleans, LA 70130
Telephone:  (504) 524-2298
Facsimile:   (504) 524-2291
Email:       lrand3@cox.net

**PLEASE SERVE DEFENDANTS**

**GAT HOLDINGS, INC. a/k/a GAT AIRLINE GROUND SUPPORT, INC.**
(Through their Registered Agent for Service of Process)
INCORP Services, Inc.
3867 Plaza Tower Dr., 1st Floor
Baton Rouge, LA 70816

**STARR INDEMNITY & LIABILITY CO. a/k/a STARR SPECIALTY INS. CO.**
(Through their Registered Agent for Service of Process)
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809